HAYES, Appellant, v. McGINNIS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by George B. Hayes against Andrew B. McGinnis

and others, as executors, etc. G. B. Hayes, of New York City, for appellant. H. Taylor, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.